# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155361(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BENJAMIN MICHAEL BENTZ,
      Defendant-Appellant.

_____/

SC: 155361
COA: 329016
Mason CC: 15-002928-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before December 22, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2017



Clerk